MICHAEL DOYLE et al., Respondents, *v.* BRUNO BEAUPRE et al., Appellants.

(Argued January 24, 1893; decided February 10, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made January 28, 1892, which affirmed a judgment in favor of plaintiffs, entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Abraham Benedict* for appellants.

*Theodore Bacon* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.